2008-31521
FILED
August 18, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001366062

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:  )
Matz, Ronald E  )
Matz, Stacey L  )
  )
  )  Bankruptcy Case No.
  )
  )
  )
               Debtors.    )

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (<u>please check and complete one</u>):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

<u>OR</u>

☑ typed in scannable format on paper, consisting of __1__ pages and listing a total of __9__ creditors, **[only acceptable with conventionally filed petitions <u>not</u> prepared by an attorney or bankruptcy petition preparer]**

<u>OR</u>

☐ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **August 15, 2008**

_____        _____
Debtor's Signature                                              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

```
Bank Of America
PO Box 30480
Los Angeles, CA   90030

Butte County Tax Collector
25 County Center Drive
Oroville, CA   95965

Capital One
PO Box 60064
City Of Industry, CA   91716-0064

Capital One Bank
PO Box 105131
Atlanta, GA   30348-5131

Citi Bank
PO Box 6414
The Lakes, NV   88901-6414

FIA Card Services
PO Box 15714
Wilmington, DE   19886

Northland Group Inc.
PO Box 390905
Edina, MN   55439

Southern Oregon Credit Service, Inc.
841 Stewart Aven #11
Medford, OR   97501

Technology Credit Union
2010 N. First St. Ste. 200
San Jose, CA   95131
```